1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHADERICK A. INGRAM,

11          Plaintiff,                            No. CIV S-08-2547 LKK EFB PS

12          vs.

13   SACRAMENTO POLICE DEPARTMENT,
     OFFICER GARY DAHL #672,
14
            Defendants.                    _____ ORDER
15
     _____/
16

17          On November 23, 2009, the magistrate judge filed findings and recommendations

18   herein which were served on the parties and which contained notice that any objections to the

19   findings and recommendations were to be filed within ten days.  Plaintiff filed objections on

20   November 30, 2009, and they were considered by the undersigned.

21          This court reviews de novo those portions of the proposed findings of fact to

22   which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

23   Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

24   (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

25   the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

26   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

                                              1

1  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

2  1983).

3          The court has reviewed the applicable legal standards and, good cause appearing,

4  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

5  Accordingly, IT IS ORDERED that:

6          1.  The proposed Findings and Recommendations filed November 23, 2009, are

7  ADOPTED; and

8          2.  Plaintiff's motion for summary judgment, Dckt. No. 53, is denied.

9  DATED: February 23, 2010.

10

11

12  _____
    LAWRENCE K. KARLTON
13  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26